CHRISTOPHER D. RAY SR.
7610 GRANADA DRIVE
BUENA PARK California [ 90621]
Tel:   714 308-3954

 Plaintiff
CHRISTOPHER D. RAY SR.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER D RAY SR., | CASE NO. **SACV 17 - 01702 DOC (JCGx)** |
| | **COMPLAINT FOR** |
| Plaintiff, | 1- **WILLFUL VIOLATION OF FAIR CREDIT REPORTING ACT 15 U.S.C. §1681n *ET SE.Q*** |
| Vs. | 2- **NEGLIGENT VIOLATION OF FAIR CREDIT REPORTING ACT 15 U.S.C. §1681o *ET SEQ.*** |
| | 3- **VIOLATION OF CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT, CALIFORNIA CIVIL CODE §1785 *ET SEQ.*** |
| | 4- **VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §1692 *ET SEQ.*** |
| FIDELITY CREDITOR   SERVICE   ; and DOES 1-10, inclusive, | 5- **VIOLATION OF CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT CALIFORNIA CIVIL CODE 1788 *ET SEQ.*** |
| | 6- **Tax fraud cheating the US on a accord account** |
| Defendants. | 7- **US Code title 18 Section 1341 and 1342 Mail Fraud** |
| | 8- **US TREASURY FRAUD-PUBLIC LAW FRAUD HJR-192 TRADING WITH THE ENEMY ACT(TWEA) MY REAMEDY** |
| | 9. **PRIVATCY ACT OF 1974** |
| | **DEMAND FOR JURY TRIAL** |
| | 1. **15 U.S.C. § 1681** |

IFP Request

2017 SEP 29 AM11:10

FILED

1

**2.  15 U.S.C. § 1682**

Plaintiff CHRISTOPHER D.RAY SR.("Plaintiff"), Brings his Complaint against FIDELITY CREDITORS SERVICE, and DOES 1-10 (hereinafter "Defendants") and alleges as follows:

## PRELIMINARY STATEMENT

1.      Congress enacted the FCRA in 1970 to establish consumer rights to privacy over their credit and financial information and to ensure the *"accuracy and fairness of credit reporting."* 15 U.S.C. § 1681. (Emphasis Added)

2.      The FCRA, under Congressional Findings and Statement of Purpose, 15 U.S.C. § 1681(a)(4) reads in relevant part: "there is a need to insure that consumer credit reporting agencies exercise their *grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy*." (Emphasis Added)

3.      The FCRA, under Congressional Findings and Statement of Purpose, 15 U.S.C. § 1681(b) reads in relevant part: "It is the purpose of this title to **require** that consumer reporting agencies adopt *reasonable procedures* for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this title." (Emphasis Added)

4.      The FCRA regulates credit reporting agencies as well as creditors, collection agencies, and other parties who provide information to credit reporting agencies and/or obtain and use the consumer credit reports. SEE EXHIBIT A

5.      15 U.S.C. §1681n(a) and §1681o(a), create private right of action consumers can bring against violators of any provision of the FCRA with regards to their credit.  In *DiMezza v. First USA Bank, Inc.,* 103 F. Supp.2d 1296, 1300 (D.N.M. 2000) the court confirmed that *"...the plain language of [15 U.S.C.  § 1681n and §1681o] provide a private right of action for a consumer against finishers of information who have willfully or negligently failed to perform their duties upon notice of a dispute...there is a private right of*

*action for consumers to enforce the investigation and reporting duties imposed on finishers of information."* DiMezza v. First USA Bank, Inc., 103 F. Supp.2d 1296, 1300 (D.N.M. 2000). (Emphasis Added)

6.     The FDCPA was enacted in 1977 in order to regulate the behavior of collection agencies attempting to collect a debt on behalf of another. The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to a number of personal bankruptcies, marital instability, loss of jobs, and invasions of individual privacy.  Congress enacted the FDCPA to eliminate abusive debt collection practices by debt collectors, to ensure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote uniform state action to protect consumers against debt collection abuses. 15 U.S.C. § 1692(a)-(e).

7.     The FDCPA is a strict liability statute, which provides for actual or statutory damages upon the showing of one violation.  The Ninth Circuit has held that whether a debt collector's conduct violates the FDCPA should be judged from the standpoint of the *"least sophisticated"* consumer. *Baker v. G.C. Services Corp.,* 677 F.2d 775, 77(9th Cir. 1982) 8; *Swanson v. Southern Oregon Credit Service, Inc.* 869 F.2d 122, 1227 (9th Cir. 1988). ***This objective standard "ensure[s] that the FDCPA protects all consumers, the gullible as well as the shrewd…the ignorant, the unthinking and the credulous."*** *Clomon v. Jackson* 988 F. 2d 1314, 1318-19 (2nd Cir. 1993). (Emphasis Added)

8.     To prohibit deceptive practices the FDCPA at 15 U.S.C. § 1692e, outlaws the use of false, deceptive, and misleading collection letters and names a non-exhaustive list of certain per se violations of false and deceptive collection conduct.  15 U.S.C. § 1692 e(1)-(16).

9.     To prohibit harassment and abuses by debt collectors, the FDCPA at 15 U.S.C. §1692d, further provides that a debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with

the collection of a debt and names a non-exhaustive list of certain per se violations of harassing and abusive collection conduct. 15 U.S.C. §1692d(1)-(6).

///

10.     The FDCPA also prohibits, at 15 U.S.C. §1692c, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a post judgment judicial remedy, communication by a debt collector in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.

11.     California Civil Code §1785.11 identifies the lawful reasons that would allow for a credit review on any given consumer. CCRAA was implemented to protect the credit information of California consumers. CCRAA also regulates consumer credit reporting agencies and finishers of information with respect to personal, credit and other financial information submitted and maintained in their credit file. CCRAA in California Civil Code § 1785 .25-1785.26 refrains finishers of information from reporting information that they know or should have known was erroneous, and obligates finishers to cease credit reporting of information disputed by consumers without notice of such dispute.

13.     CCRAA provides consumers with the right to be informed of negative credit reporting and the right to dispute information in their credit reports, which they believe is incomplete and/or inaccurate. Consumers also have the right to bring civil action against violators of any provision of the CCRAA with respect to their rights and their credit, and to seek monetary damages. California Civil Code §1785.19.

14.     California Civil Code §1785.11(a), describe the permissible purpose for which a person may obtain a consumer report. Such permissible purposes as described by the California Civil Code §1785.1(a) is generally, if the consumer makes application for credit, employment, underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

15.     *Sanai v. Saltz, et al.*, (Cal. App. 2d Dist. Jan. 26, 2009) established that

4

consumers may re-plead their FCRA claims as violations of the CCRAA and that the state claims are not preempted by FCRA. In further support, courts have uniformly rejected creditors' and consumer reporting agencies' arguments that the FCRA bars state law claims.

16.     Defendant Attorneys must remember they too are officers of the courts, administrators of justice, oath-bound servants of society; that their first duty is not to their clients, as many suppose, but is to the administration of justice; that their clients success is wholly subordinate; U.S. v Frank 53 F. 2d 129 in case of conflict between attorney's duty to the client and that to court, his duty to the court must prevail State v Barto 232 N. W. 553, 202 Wis. 329. Most will but down their duty ABA RPC Rules and accompanying Ethics Rules Judicial Canons mal- practice insurance to make a fast buck (emphasis added)

## **PRIVATE RIGHT OF REMEDY**

17.     15 U.S.C. § 1681n and § 1681o refer to consumer' ability to bring civil liability action against users/finishers of information for willful and negligent noncompliance respectively, with any provisions of the FCRA.

18. 15 U.S.C. §1692k(a) state that "…any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person"

19.     California Civil Code §1785.19 states that "In addition to any other remedy provided by law, a consumer may bring an action for a civil penalty…"

20.     California Civil Code §1788.30(f) states that "Any action under this section may be brought in any appropriate court of competent jurisdiction in an individual capacity only, within one year from the date of the occurrence of the violation."

21.     *Gorman v. MBNA America Bank, N.A.* No. 06-17226 further established that consumers are entitled to a private remedy against finishers for noncompliance with their obligations enforced under § 1681s-2(b).

22.     47 U.S.C. §1527(b)(3) states that "A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State."

///

///

1

2

## JURISDICTION AND VENUE

3
      23.    This court has jurisdiction under 15 U.S.C. §1681p, 15 U.S.C. § 1692k(d),

4
California Civil Code 1785.33, 28 U.S.C. § 1331; and supplemental jurisdiction under 28

5
U.S.C. § 1367 for the state law claims.

6
      24.    Defendants regularly conduct business in the state of California, therefore

7
establishing personal jurisdiction.

8
      25.    Venue is proper in the United States District Court for the Central District of

9
California pursuant to 28 U.S.C. § 1391(b) and 1441(a) because Defendants do business

10
within the State of California and Plaintiff received the illegal phone calls while in San

11
Diego County.

12
      26.    Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff

13
hereby demands a jury trial on any and all issues qualified for a jury trial.

## PARTIES

14
      27.    Plaintiff, CHRISTOPHER D.RAY SR., is natural person who resides in the

15
State of California, in the City of BUENA PARK, County of ORANGE.

16
      28.    Defendant FIDELITY CREDITORS SERVICE is a company but its not know

17
what state its incorparted in with its principal place of business located at p.o box3963

18
GLENDALE California [91221] SEE EXHBIT

19
      29.    Upon information and belief, Defendants John Does 1 through 10 are legal

20
entities, the names and address of residences of which are unknown.

21
      30.    Each Defendant uses the instrumentalities of interstate commerce or the mails

22
in a business the principal purpose of which is the collection of any debts, or regularly

23
collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be

24
owed or due another.  As part of its business in the regular collection of debts, each and

25
every Defendant furnishes information to consumer reporting agencies.

26

## FACTS COMMON TO ALL COUNTS

27
      31.    Plaintiff is a "consumer" within the meaning of the FCRA 15 U.S.C. §

28
1681a(c), the FDCPA 15 U.S.C. § 1692a(3), and the CCRAA California Civil Code

32.    Defendant FIDELITY CREDITOR SERVICE is a "debt collector" within the meaning of the FDCPA 15 U.S.C. § 1692a(6) and the RFDCPA California Civil Code 1788.2;

33.    Defendant FIDELITY CFREDITOR SERVICE is a "person" within the meaning of the FCRA, 15 U.S.C. § 1681a(b), the CCRAA California Civil Code 1785.3(j), and the RFDCPA California Civil Code 1788.2(g).

34.    TRANSUNION, a "consumer reporting agencies" within the meaning of FCRA 15 U.S.C. § 1681a(f), and "consumer credit reporting agencies" within the meaning of the CCRAA California Civil Code §1785.3(d).

35.    Consumer report is defined as "consumer report" within the FCRA 15 U.S.C. §1681a(d), and "consumer credit report" within the CCRAA California Civil Code 1785.3(c).

36.    Plaintiff obtained his consumer reports from TRANSUNION, one of the major consumer reporting agencies, in April 2015 his consumer report from all three major consumer reporting agency, and found ENHANCED RECOVERY COMPANY LLC an entities that he has never transacted any business with was reporting a collection account.

37.    Plaintiff has never had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, nor received a bona fide offer of credit or utility service from Defendant, FIDELITY CREDITOR SERVICE.

38.    Discovery of Defendant's actions occurred in MAY 2017 and are within the statute of limitations as defined in the FCRA (15 U.S.C. § 1681p), the CCRAA (California Civil Code 1785.33), the FDCPA (15 U.S.C. § 1692k(d)), and the RFDCPA (California Civil Code 1788.30(f)).

39.    On or around 8/15/2017, Plaintiff sent letters to FIDELITY CREDITOR SERVICE, via United States Postal Service Corporation, addressing the unauthorized use of plaintiff [SEE EXHIBIT D]credit social security number and conflict of their action as attorneys to this day no response from defendant attorney they just bring fraud into the court

attorneys to this day no response from defendant attorney they just bring fraud into the court fool the state judges and help their clients evade taxes, to cheat the US and its citizen. Insufficient specificity in a pleading the lawyer for the collection company seeks damages based on a contractual relationship, an agreement or contract there is no fact that I engaged in a UTILITY ACCOUNT WITH FIDELITY CREDITOR SERVICE that led to that debt the amount of those purchases and what those purchase. Plaintiff cites failure of consideration whereas no exchange of money or goods occurred between the defendant and plaintiff therefore, plaintiff cites Failure of Consideration.

40.     The laws in this country do not provide a remedy for a collection company that knowingly and voluntarily takes on a bad debt and then goes after the alleged debtor in an attempt to collect. FIDELITY CREDITOS SERVICE is just trying to get paid with providing any service to plaintiff theft by deception and extortion.All utility companies have embezzled from the people . lets look at 73rd Congress SESS. !.CHS.4849. Junr5,1933 HJR-192 HR1491 PUBLIC LAW 1 48 STAT 1 PUBLIC LAW 10 CHAPTER 48 STAT 112 PUBLIC LAW 73-10 40 STAT 411What the law says is that an entity cannot place itself in harms way and then try to collect on a debt that you have no intreste in. Thus scienti et volenti non fit injuria "That would be like you standing in front of a speeding car then suing the driver for damages you put yourself in harms way, you deserve no damages the collection company brought a debt that was bad, then want it paid I cite: scienti et volenti non fit injuria .

41.     On AUGUEST15,2017, Plaintiff sent a letter to FIDELITY CREDITOR SERVICE EXHIBIT C") and disputed the debt and demanded a VALIDATION OF DEBT, however, defendant never provided a complete validation.They just sent a copy of divided statement.

42.     Defendant, FIDELITY CREDITOR SERVICE , failed to sufficiently validate the alleged debt, failed to provide any verified evidence of an assignment of an alleged debt, and no original creditor has notified Plaintiff of an assignment of an alleged debt to

Defendant, FIDELITY CREDITOR SERVICE unclean hands has damaged my GREAT CREDIT.[SEE EXHIBIT B]

## FIRST CAUSE OF ACTION
### (AS TO DEFENDANT FIDELITY CREDITOR SERVICE)
### WILLFUL VIOLATION OF THE FCRA 15 U.S.C. §1681n *ET SEQ,*

43.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

44.     Defendant, FIDELITY CREDITOR SERVICE obtained Plaintiff's Experian, TRANSUNION  consumer report on MAY, 2017.

45.     At no time did Plaintiff give his consent for Defendant, FIDELITY CREDITOR SERVICE, to acquire his consumer report from any consumer-reporting agency.

46.     Defendant, FIDELITY CREDITOR SERVICE, demonstrated willful and/or knowing noncompliance with the FCRA, 15 U.S.C. § 1681n by obtaining Plaintiff's TRANSUNION consumer report in MAY, 2017with no permissible purpose.

47.     Defendant, FIDELITY CREDITOR SERVICE, had a duty to properly ascertain if there was any legitimate permissible purpose before obtaining Plaintiff's consumer report and FIDELITY CREDITOR SERVICE breached said duty by failing to do so. There was no account that FIDELITY CREDITOR SERVICE  had any right to collect to have had permissible purpose to obtain Plaintiff's consumer report and therefore Plaintiff is entitled to damages.

## SECOND CAUSE OF ACTION
### (AS TO DEFENDANT FIDELITY CREDITOR SERVICE)
### NEGLIGENT VIOLATION OF THE FCRA 15 U.S.C. §1681o *ET SEQ,*

48.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

49.     Defendant, FIDELITY CREDITOR SERVICE, demonstrated negligent noncompliance with the FCRA, 15 U.S.C. § 1681or by obtaining Plaintiff's  EQUIFAX consumer report in MAY, 2017 with no permissible purpose.

50.     Defendant, FIDELITY CREDITOR SERVICE, had a duty to properly ascertain if there was any legitimate permissible purpose before obtaining Plaintiff's consumer report and FIDELITY CREDITOR SERVICE breached said duty by failing to do so. There was no account that FIDELITY CREDITOR SERVICE NOR THERE CLIENT they had no right to collect to have had permissible purpose to obtain Plaintiff's consumer report and therefore Plaintiff is entitled to damages.

### THIRD CAUSE OF ACTION
**(AS TO DEFENDANT ENHANCED RECOVERY COMPANY LLC)**
**VIOLATION OF THE CCRAA CALIFORNIA CIVIL CODE §1785 *ET SEQ.***

51.     Defendant, FIDELITY CREDITOR SERVICE, demonstrated willful and/or knowing noncompliance with the CCRAA, California Civil Code 1785.11(a), by obtaining Plaintiff's Experian consumer report in MAY, 2017 with no permissible purpose.

52.     Defendant, FIDELITY CREDITOR SERVICE, had a duty to properly ascertain if there was any legitimate permissible purpose before obtaining Plaintiff's consumer report and FIDELITY CREDITOR SERVICE breached said duty by failing to do so. There was no account that FIDELITY CREDITOR SERVICE had any right to collect to have had permissible purpose to obtain Plaintiff's consumer report and therefore Plaintiff is entitled to damages.[No meeting of the minds a contract with Chris Ray and FIDELITY CREDITOR SERVICE would be proof of agreement.]

### FOURTH CAUSE OF ACTION
**(AS TO DEFENDANT ENHANCED RECOVERY COMPANY LLC)**
**VIOLATION OF THE FDCPA 15 U.S.C. §1692 *ET SEQ,***

52.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

53.Plaintiff claims Lack of Privity as Plaintiff has never entered into any contractual or debtor/creditor arrangements with FIDELITY CREDITOR SERVICE" whereas no relationship exists between FIDELITY CREDITOR SERVICE and Plaintiff, and whereas Plaintiff never signed a contract or agreement with FIDELITY CREDITOR SERVICE,

Plaintiff cites Lack of Privity.

Privity is the legal term for close, mutual, or successive relationship to the same right of property, or power to enforce a promise or warranty. No relationship exists between the collection agency FIDELITY CREDITOR SERVICE (defendant) and Plaintiff. Plaintiff never signed a contract or made an agreement with the collection agency. A collection company cannot any amount of money that is not permitted by law or by agreement. Here is the law: It further states that the debt collector cannot collect any amount of money that is not permitted by law or by agreement because there is no agreement between the collector and the alleged debtor, no collection can be sustained.(Fair Debt Collection Practices Act what I have learned the alleged utility company are embezzle,theft by deception and extortion failing to discharge this alleged debt,THE COMPTROLLER OF THE CURRENCY AT COUNTY,STATE and FEDERAL LEVEL ALL KNOW THE INCORPORATED DOCUMENTS AND TESIMONY TO BE TRUE, BUT HAVE YET TO DISCHARGE ANY PUBLIC DEBT,THRERFORE HAVE MISSAPPROPRIATE FUNDS THRUGH EMBEZZLEMENT,THEFT BY DECEPTION, OBTAING MONEY THRUGH FALSE PRETENSE,EXTORTION AND OTHER PREDICATE ACTS SINCE THE DAY OF THE COMPTROLLER OF THE CURRENCY INCEPTION OF 1863. Now this company FIDELITY CREDITOR SERVICE HAS JOINED THIS PONZI SCHEME TO DEFRAUD ME. I asked for a proof of claim from FIDELITY CREDITOR SERVICE on aud15.2017 see exhibit 6 with green card I got no accoutant information to show they FIDELITY CREDITOR SERVICE actually gave me something or service of value.

54. FIDELITY CREDITOE SERVICE, violated 15 U.S.C. §1692, by attempting to collect a disputed debt and reporting a disputed debt, EQUIFAX,EXPERIAN. Defendant failed to remove the false and misrepresented information from Plaintiff's consumer report after receiving the notice of dispute by the Plaintiff.

55. In committing the acts against Plaintiff as alleged above, Defendants subjected Plaintiff to unfair debt collection practices. Their violations include at least the following:

a.  Contacted the Plaintiff directly by false, deceptive, or misleading representation or means in connection with a debt collection, in violation of 15 U.S.C. §1692e

b.  Deceptive or Abusive Acts or Practices to collection of a debt by means to harm the Plaintiff's, reputation, or property, in violation of 15 U.S.C. §1692d(1);

c.  Falsifying the character, amount and legal status of the alleged debt, in violation of 15 U.S.C. §1692e(2)(A)

d.  Using false representation and deceptive means to collect or attempt to collect an alleged debt, in violation of 15 U.S.C. §1692e(10);

e.  Failing to provide notice of debts to Plaintiff, complete with all required disclosures, in violation of 15 U.S.C. § 1692e(11)

f.  Collecting of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law, in violation of 15 U.S.C. §1692f(1);

g.  Failing to provide written notices of Plaintiff's right to verification and information about their alleged debts, in violation of 15 U.S.C. §1692g(a)

h.  Continuing collection activity after receiving notice of dispute, and failed to provide written validation of debt before resuming collection activities, in violation of 15 U.S.C.§1692g(b). SEE EXHIBIT D

### FIFTH CAUSE OF ACTION
#### (AS TO DEFENDANT ENHANCED RECOVERY COMPANY LLC)
### VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT
### CALIFORNIA CIVIL CODE 1788 *ET SEQ.*

56.  Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

57.  Defendants falsely and deceptively misrepresented that Plaintiff had a debt which constitutes a statutory violation under the *California Civil Code* §1788.17 that states

"…Notwithstanding any other provision of this title, every debt collector collecting or attempting to collect *a consumer debt shall comply with the provisions of Sections 1692b to 1692j*, inclusive, of, and shall be subject to the remedies in Section 1692k of, Title 15 of the United States Code." (Emphasis Added) Defendants and its employee's Louis Brown,Frank Blanco has stated they are representing CITY OF DOWNEY A CORPORATION. THE SUPREREME COURT HAS RULED THAT ONLY A LICENSE ATTORNEY CAN REPRESENT A CORPORATION  cannot practice law and must have a LICENSED ATTORNEY representing it

58.    In committing the acts against Plaintiff as alleged above, Defendants subjected Plaintiff to unfair debt collection practices. Their violations include at least the following:

> a) Using false representations and deceptive means to collect or attempt to collect alleged debts, in violation of California Civil Code §1788. 17;

> b) Using unfair and/or unconscionable means to collect alleged debts, violation of California Civil Code §1788. 17;

> 59. Plaintiff is also entitled to and seeks injunctive relief prohibiting such conduct in the future

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for relief and judgment in Plaintiff's favor and against each and every Defendant as follows:

> a.    Awarding Plaintiff statutory damages of $1,000 for each and every violation, pursuant to the FCRA 15 U.S.C. § 1681n;

> b.    Awarding Plaintiff statutory damages of $1,000 for each and every violation, pursuant to the FCRA 15 U.S.C. § 1681o;

> c.    Awarding Plaintiff civil penalties of $2,500 for each and every violation, pursuant to the CCRAA California Civil Code 1785.19(a);

d.  Awarding Plaintiff statutory damages of $1,000 for each and every violation, pursuant to the FDCPA 15 U.S.C. §1692k(a)(2);

e.  Awarding Plaintiff civil penalties of $1000 for each and every violation, pursuant to the RFDCPA *California Civil Code* §1788.30(b);

f.  Awarding Plaintiff statutory damages of $500 for each and every violation, pursuant to the TCPA 47 U.S.C. §227(b)(3)(B);

g.

h.  Awarding Plaintiff statutory damages of $1,500 for each and every violation, pursuant to the TCPA 47 U.S.C. §227(b)(3);

i.  Awarding Plaintiff actual damages each and every violation, pursuant to the 15 U.S.C. §1692k(a)(1), 15 U.S.C. §1681n(a)(1), 15 U.S.C. §1681o(a)(1), *California Civil Code* §1788.30(c);

j.  Awarding Plaintiff any attorney's fees and costs incurred in this action pursuant to 15 U.S.C. §1692k(a)(3), 15 U.S.C. § 1681o(b), and *California Civil Code* §1788.30(c);

k.  Awarding Plaintiff punitive damages to be decided at trial;

l.  Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

m.  Awarding Plaintiff such other and further relief as the Court may deem just and proper.

DATED this **29** day of SEPTEMBER 2017.                Respectfully submitted,


CHRISTOPHER RAY SR.
Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

www.experian.com

Prepared for: CHRISTOPHER RAY Sr
Date: July 19, 2017
Report number: 0843-4530-69

Page 8 of 22

Your accounts that may be considered negative (continued)

▶ *Between Nov 2016 and Jun 2017, your credit limit/high balance was $2,000*

| SPA | 62 | 62 | 63 | 61 | 101 | 99 | 76 | 60 |
|-----|----|----|----|----|-----|----|----|----|
| AAP | ND | ND | ND | ND | ND | ND | ND | ND |

**FIDELITY CREDITOR SERV**
441 N VARNEY ST
BURBANK CA 91502
**Phone number**
(818) 502 1981
**Partial account number**
F600000783135299O
**Address identification number**
017352757S
**Original creditor** CITY OF
DOWNEY-UTILITIES

| **Date opened** | **Type** | **Credit limit or** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|
| May 2017 | Collection | original amount | $95 as of Jul 2017 | Individual |
| **First reported** | **Terms** | $90 | | **Status** |
| Jul 2017 | Not reported | **High balance** | | Collection account. $95 past due as of Jul 2017. |
| **Date of status** | **Monthly** | Not reported | | This account is scheduled to continue on record until Oct |
| Jul 2017 | **payment** | | | 2023. |
| | Not reported | | | |

**Payment history**
2017
JUL
C

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT, CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT, FAIR
DEBT COLLECTION PRACTICES ACT, CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT,

**From:** Support <collsupport@fcscollect.com>
**To:** cray330751 <cray330751@aol.com>
**Subject:** 1352990
**Date:** Mon, Aug 14, 2017 3:39 pm
**Attachments:** 1352990.pdf (11K)

---

Fidelity Creditor Service
"Celebrating 53 Years in the Collection Industry"
(818) 502-1981
(818) 595-3315 Fax for Client Service Department   **Mailing Address:  PO Box 3963, Glendale CA 91221**



**FIDELITY**
C R E D I T O R   S E R V I C E
441 N VARNEY STREET, 2ND FLOOR, BURBANK, CA 91502

The information in this email/fax is confidential and may contain information protected by law.  If you are not the intended recipient, you are hereby notified that any review, dissemination, or copying of this email/fax and its attachments is prohibited.  If you have received this email/fax in error, please immediately notify the sender at the number listed above and arrange for the return or destruction of these documents.

*Louis Brow Sent this Email*

FIDELITY CREDITOR SERVICE
P.O. BOX 3963
GLENDALE, CA 91221-0963


                                    08/14/17


CHRIS D RAY                          000783    0001352990
10261 NEWVILLE AVE                   Desk XYZ
DOWNEY CA 90241-3036



                    RE:  CITY OF DOWNEY-UTILITIES
                    PRINCIPAL:      $       90.26
                    INTEREST:               5.64
                    COSTS:                  0.00
                    DAMAGES:                0.00
                    TOTAL DUE:      $      95.90



We are sure that you had every intention of paying off this
obligation as originally agreed.  However, it appears that
your financial situation has changed and it has become more
difficult for you to keep that original agreement.

We understand and we are here to help you.  Please call us so
that we can assist you in resolving this matter.

This notice is being sent to you by a collection agency in
an attempt to collect a debt and any information obtained
will be used for that purpose.


FRANK BLANCO COLLECTION MANAGER
818-206-1840   ext 268
FIDELITY CREDITOR SERVICE




2 R

```
FIDELITY CREDITOR SERVICE
P O BOX 3963
GLENDALE, CA 91221-0963
818-502-1981    FAX(818)502-1979
```

```
                              08/31/17


CHRIS D RAY
7610 GRANADA DR              000783   0001352990
BUENA PARK CA 90621                Desk MGR
```

```
          Creditor:  CITY OF DOWNEY-UTILITIES
          Principal:       $         90.26
          Costs:                      0.00
          Interest:                   6.06
          Attorney Fees:              0.00
          Damages:                    0.00
          Total Due:       $         96.32
```

Enclosed you will find copies of the documents you requested regarding the above referenced account.  Please take the time to review these items carefully.  After you have had a chance to review the documents, kindly contact our office.

Depending upon your circumstances there may be several options available to you.

This notice is being sent to you by a collection agency in an attempt to collect a debt and any information obtained will be used for that purpose only.

```
FRANK BLANCO COLLECTION MANAGER
818-502-1981   ext 268
FIDELITY CREDITOR SERVICE
```

29 RI   Batch 078496-000007



**City of Downey Water & Sanitation Services**

11111 Brookshire Avenue
Downey, CA 90241

Billing Inquires: (562) 904-7246
Trash Inquires : (562) 259-1239
Mail To: Dept LA 23221
Pasadena CA 91185-3221

### Messages

Pay Bill Online: www.downeyca.org
Pay Bill By Phone: (855) 748-6019
Annual Drinking Water Quality Report now available on-line at http://downeygis.org/wqr/wqr2014.pdf Please call (562) 904-7202 if you wou like to have a paper report sent.

### Account Information

| | |
|---|---|
| Customer Number: | 126458+001 |
| Service Location: | area4 |
| Billing Date: | 1/12/17 |
| Due Date: | 2/2/17 |
| Last Payment Date: | 12/29/16 |
| Previous Balance: | 167.25 |
| Payments: | 167.25 |
| Current Charges: | 190.26 |
| Adjustments: | |
| Total Due: | 190.26 |

CHRIS D RAY
10261 NEWVILLE AVE
DOWNEY CA 90241-3036

*This is not validation of a debt owed to Fidelity Creditor Service* (handwritten)

### Billing Details

Account #: 2409-409-005   10261 NEWVILLE AVE
Service from 10/30/2016 to 12/31/2016

| | |
|---|---|
| State Fee (AB 939) | 1.90 |
| Late Notice Fee | 2.00 |
| Sewer Charge | 10.98 |
| Special Notice Fee | 20.00 |
| Fixed Meter Charge | 34.58 |
| Variable Usage Charge | 120.80 |
| Total Current Charges.................................................... | 190.26 |

### Meter Information

Meter #:   0038552300

| | | |
|---|---|---|
| Previous Read 1: | 8172 | Current Read 1:   8227 |
| Usage: 55 | | Days: 65 |

Your water usage is in hundred cubic feet. 1 HCF = 748 gallons.
Your average water use for this billing period was 632 gallons per day. One year ago it was 644 gallons per day.



PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. MAKE CHECK PAYABLE TO **CITY OF DOWNEY**

| | |
|---|---|
| Customer Number: | 126458+001 |
| Service Location: | area4 |
| Billing Date: | 1/12/17 |
| Due Date: | 2/2/17 |

☐ Optional Paramedic Subscription $60.00
**AMOUNT DUE:** 190.26
**TOTAL AMOUNT DUE BY:** 2/2/17
**AMOUNT ENCLOSED: $**

City of Downey
Water Division
Dept LA 23221
Pasadena CA 91185-3221

CHRIS D RAY
10261 NEWVILLE AVE
DOWNEY CA 90241-3036

*Treasury* (handwritten)

*US Treasury Act #* (handwritten) → .012645800100019026 (circled)

# EXHIBIT C

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

Dear, FIDELITY CREDITOR SERVICE

It has come to my attention that there is unfinished business with FIDELITY CREDITOR SERVICE, has I would like to put this behind me and move on. There are violations that have occurred in the process of your company sending letter to requesting money that I did not owe to your FIDELITY CREDITOR SERVICE nor did you show any contract that exist between Christopher Ray and fidelity creditor service the violations are listed I hope we can negotiate the claims and come to a Conclusion that both sides can respect without any federal law suits.  During the course of reviewing my documents and supporting evidence it, has been discovered through this information and evidence, pursuant to Fair Debt Collection Protections Act "FDCPA" on APRIL 28, 2015 I DO NOT OWED YOU MONEY are you govern to be a utility company ?ID theft Violation see below:

CCRAA 1785

.16(a) A DC should not furnish any information relating to a consumer to any consumer

**Alex Padilla**
**California Secretary of State**

 # Business Search - Results

The California Business Search is updated daily and reflects work processed through Wednesday, September 20, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for Corporation Name keyword "FIDELITY CREDITOR SERVICE" returned 1 entity record (out of 1 record found).

Show  10  ∨  entities per page

Narrow search results:

| Entity Number | Registration Date | Status | Entity Name | Jurisdiction | Agent for Service of Process |
|---|---|---|---|---|---|
| C0782330 | 05/18/1976 | DISSOLVED | **FIDELITY CREDITOR SERVICE, INC.** | CALIFORNIA | WALTER H CARLETON |

Showing 1 to 1 of 1 entities

Previous   | 1 |   Next

**Modify Search**        **New Search**

reporting agency if the DC knew or had reasonable cause to believe that the information is inaccurate.

*1788.14. No debt collector shall collect or attempt to collect a consumer debt by means of the following practices:*

*(c) Initiating communications, other than statements of account, with the debtor with regard to the consumer debt, when the debt collector has been previously notified in writing by the debtor's attorney that the debtor is represented by such attorney with respect to the consumer debt and such notice includes the attorney's name and address and a request by such attorney that all communications regarding the consumer debt be addressed to such attorney, unless the attorney fails to answer correspondence, return telephone calls, or discuss the obligation in question. This subdivision shall not apply where prior approval has been obtained from the debtor's attorney, or where the communication is a response in the ordinary course of business to a debtor's inquiry.*

Here it's listed how CHRISTOPHER RAY SR, is entitled to damages pursuant to the aforementioned statute.

A complaint and notice of intent to sue is being drafted and will be mailed to you through certified mail and you should receive it shortly.

I have not filed the complaint as of yet, but that is my Intention to move forward if a settlement agreement cannot be reached. My position as a claim Specialist, is to stop any further incurred costs on either side, or the distasteful litigation in Federal court; therefore, come to an amicable agreement by both parties to close out the account. I deny the existence of any relationship/debt with your company or the alleged Debt collector. I'm willing to subpoena any witnesses from the alleged original creditor to the extent but not limited to the person to prove on the record the mailing and proof of service signed and mailed to CHRISTOPHER RAY SR.

Since there is no validation of the debt that is a violation of the FDCPA pursuant to 1692(c).  Below are the violation details:

Under the FDCPA, 15 U.S.C., Section 1692 et seq. the violation awards statutory damages in the amount of $1,000 per violation 1

ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT California Civil Code 1788 et seq. violations in the amount of $1000- violation 1

FCRA You or your Client never produced any contract that binds the two parties

CCRAA reporting that I have not paid a debt without contacting the furnisher to verified all the information about to be true and correct... 2500- 5000

**The Dodd-Frank Act the FDCPA and the Dodd-Frank Act together prohibit covered person or services providers, including debt collectors, from engaging in deception while collecting or attempting to collect debts. (How much do I owe**

**FIDELITY CREDITOR SERVICE again? Where is the contract?)**

Social Security Act of 1933 (you are not my employer, how did you get all my personal Information I did not give it you? There is a breach!

Title 42 United States Code § 1983

Title 18 United States Code §241 and 242

UCC § 1-108 Compelled Benefit

ABA –RPC

Immigration and Nationality Act Sec 349[8 U.S.C. A person who is a national of the United States where by birth or naturalization, shall lose his nationality by voluntarily performing any of the following act with the intention of relinquishing United State nationality _

(1)    Obtaining naturalization in a foreign state upon his own application or upon an application filed by duly authorized agent, after having attained the age of eighteen years or-

(2)    Taking an oath or making an affirmation or other formal declaration of allegiance to a foreign state or political subdivision. (Public Law 99-668 Nov 14, 1988. Unregistered Foreign Agents running around without Green Cards and who have sworn allegiance to a foreign power.

**"It is not necessary for rescission of a contract that the party making the misrepresentation should have known that it was false, but recovery is allowed even though misrepresentation is innocently made, because it would be unjust to allow one who made the false representations, even innocently, to retain the fruits of a bargain induced by such representations" [Whipp v. Iverson 43 Wis 2d 166]**

**Title 18 U.S.C. § 474 Whoever, with intent to defraud, makes, executes, acquires, scan, captures, records, receives, transmits, reproduces, sells, or has, in such person's control, custody, or possession, an analog, digital, or electronic, image of any obligation or other security of the United States is Guilty of a class B felony.**

**I seem to remember about activities like this in 18 U.S.C. §§ 1001, 1341, 1343 where it is called a scheme or artifice to defraud, which is defined at 18 U.S.C. § 1324 and1346 and as the U.S. Attorney Manual says: RICO applies to everybody.**

**It is also the stated duty of all Judges and Attorneys to report such conduct to the appropriate authorities and cause investigation of such conduct see: ABA RPC rules 8.3, 8.4 and Accompanying Ethics Rules, see: Judicial Canons and Accompanying Ethics Rules. Attorneys are nothing less than "foreign agents" there is no such thing as an attorney license to practice law The United State Supreme Court stated a long time**

**ago that the practice of law cannot be licensed by any state/State. Sims v Ahern and Schware v Board of Examiners. (Never over turned)**

Administrative costs- $1000

There is numerous of violation totaling $7,500- 20,000 My I'm willing to settle this matter and not file the complaint if your client agrees to stop the alleged trade line FIDELITY CREDITOR SERVICE from all three credit agency's EF TU EX on CHRISTOPHER RAY SR (see attached) if I'm forced to file the complaint in federal court, this offer will no longer be valid. Additionally, your choosing to litigate this matter will result in your client incurring more costs.

In closing, this is an "offer in compromise" and settlement of these violations as based upon public policy pursuant to Federal Rules of Evidence (FRE) Rule 408. Please feel free to contact me via email or phone to finalize negotiation of this settlement offer prior to the filing of the complaint provided to you in the signature of this email.  I appreciate your speedy response. Thank you.

Respectfully,

CHRISTOPHER RAY   Sr.
7610 GRANADA DRIVE.
BUENA PARK  California, 90621

Tel: 714-308-3954

COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT, CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT, FAIR DEBT COLLECTION PRACTICES ACT, CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT, CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT, FAIR
DEBT COLLECTION PRACTICES ACT, CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT,

www.experian.com

Your accounts that may be considered negative (continued)

| | 97 | 62 | 62 | 63 | 61 | 101 | 99 | 76 | 60 |
|---|---|---|---|---|---|---|---|---|---|
| SPA | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Nov 2016 and Jul 2016, your credit limit/high balance was $2,000.*

**FIDELITY CREDITOR SERV**
441 N VARNEY ST
BURBANK CA 91502
**Phone number**
(818) 502 1981
**Partial account number**
F6000007831352990

**Address identification number**
0174568697

**Original creditor** CITY OF
DOWNEY-UTILITIES

**Payment history**
2017
SEP AUG JUL

| | Aug17 | Jul17 | Jul17 |
|---|---|---|---|
| AB | 96 | 95 | 95 |
| DPR | ND | ND | ND |
| SPA | ND | ND | ND |
| AAP | ND | ND | ND |

▼ *The original amount of this account was $90.*

| | |
|---|---|
| **Date opened** | May 2017 |
| **First reported** | Jul 2017 |
| **Date of status** | Jul 2017 |

| | |
|---|---|
| **Type** | Collection |
| **Terms** | Not reported |
| **Monthly payment** | Not reported |

| | |
|---|---|
| **Credit limit or original amount** | $90 |
| **High balance** | Not reported |

**Recent balance**
$97 as of Sep 2017

**Responsibility**
Individual
**Status**
Collection account. $97 past due as of Sep 2017.
This account is scheduled to continue on record until Oct 2023.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Account history** - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

AB = Account balance ($)   DPR = Date payment received   SPA = Scheduled payment amount ($)   AAP = Actual amount paid ($)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT, CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT, FAIR
DEBT COLLECTION PRACTICES ACT, CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT,

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

GLENDALE • CA 91221

| Certified Mail Fee | $3.35 | |
| | | 0150 |
| | $2.75 | 95 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.49 | |
| | | 08/15/2017 |
| Total Postage and Fees | $ | |

Sent To _Fidelity Creditois Service_
Street and Apt. No., or PO Box No. _P.O. Box 3963_
City, State, ZIP+4 _Glendale Ca 91221_

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com™

GLENDALE • CA 91221

| Postage | $ | |
| | | 0150 |
| Certified Fee | $2.75 | 05 |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| | $0.00 | Postmark |
| | $0.00 | Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | |
| | | 08/15/2017 |

Sent To _Fidelity Credit Service_
Street, Apt. No.; or PO Box No. _P.O. Box 3963 [91221]_
City, State, ZIP+4 _Glendale California [91221]_

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Fidelity Creditors Service_
_P.O Box 3963_
_Glendale California [91221]_

9590 9402 2389 6249 6444 07

7018 2340 0000 1389 6168

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
8/17/17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Fidelity Credit Service_
_P.O Box 3963_
_Glendale California [91221]_

9590 9402 1551 5362 6662 95

7012 1010 0000 1140 5851

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Certified Return Mail Number 7012 1010 0000 1440 5851

Christopher D Ray
c/o 7610 Granada Drive
Buena Park California north America [902610]

FIDELITY CREDITOR SERVIC
P.O. BOX 3963
GLENDALE CALIFORNIA. [91221-0963]

AUGUEST 14,2017

NOTICE

**RE: CONDITIONAL ACCEPTANCE FOR VALUE FOR PROOF OF CLAIM UPON**
<u>FIDELITY CREDITOR SERVICE</u>-TRUE **CONTRACT,**
**FOR DETERMINATION OF 'MEETING OF THE MINDS,' 'FRAUD WHERE IS THE**
**CONTRACT,' AND OR AN 'UNCONSCIONABE CONTRACT' AND/OR AGREEMENT for,**
**Account** No. 0001352990 Alleged

Dear FIDELITY CREDITOR SERVICE

I'm without information or knowledge sufficient to form an opinion as to the truth or accuracy of
FIDELITY CREDITOR Service claim and based on that denies generally and specifically FIDELITY
CREDITOR SERVICE s claim. FIDELITY CREDITOR Service claim demands monies (reported on my
credit report) for alleged debt for which no proof of said debt,nor proof of ownership of said debt, has been
verified.

Whereas no Relationship Exist between FIDELITY CREDITOR SERVICE and Christopher D RAY and
whereas Christopher D Ray never signed a contract or agreement with FIDELITY CREDITOR SERVICE,
Christopher D Ray cites lack of privity. Privity is a legal term for a close mutual, or successive relationship
to the same right of property,or power to enforce a promise or warranty no relationship exists between the
collection agency (FIDELITY CREDITOR SERVICE) and Christopher D Ray.

**"Whereas no money or goods occurred between FIDELITY CREDITOR SERVICE or Christopher**
**D Ray therefore, Christopher D Ray cites failure of consideration". Please bring fourth the contract**
**now.**

**LIBEL by FIDELITY CREDITOR SERVICE. Blacks Law's Fifth Edition: LIBEL A method of**
**defamation expressed by print, writing, pictures, or signs, In its most general sense, any publication**
**that is injurious to the reputation of another. A false and unprivileged publication in writing of**
**defamatory material. Bright v Los Angeles Unified School Dist. 51 Cal .App. 3d 852, 124 Cal Rptr.**
**598, 604**

As I want to resolve this matter as soon as possible, I am initiating this private-administrative remedy to determine such matters committed under, force, and seizures a right of action cannot arise out of fraud Wingate's maxims **'proof of claim. FIDELITY CREDITOR SERVICE is the real party of interest and not the IMF( international money fund)**

The necessary **'Proofs of Claim'** are set out below, to wit: fraud vitiates the solemn contact, documents and even judgments US vs Throckmorton 98 us 61, at pg.65.

1. **PROOF OF CLAIM** that the laws in this country do provide a remedy for a collection company that knowingly and voluntarily takes on a bad debt then goes after the alleged debtor in an attempt to collect that alleged debt. What the law says is that an entity cannot place itself in harm's way and then sue for damages. Thus ' Scienti et volenti non fit injuria"( an injury is not done to one who knows and wills it.)(STATUTE OF FRAUDS) that would be like you standing in front of a speeding car, then suing the driver for damages. You put yourself in harm's way, you deserve no damages.

2. **PROOF OF CLAIM** that the agent in sending undersigned the **DEMAND FOR PAYMENT OF DEBT** letter via the US Mail, does not constitute a mailing a fraudulent claim, and/or committing mail fraud (Title 13, Sec 1331 & 1332 U.S.C.) or did not steal my identity.(see enclosed ACT)

3. **PROOF OF CLAIM** that FIDELITY CREDITOR SERVICE as an **'artificial** entity/creature,' created under the laws of the State of State of California and doing business in the State California, by and through it's Officers, Board of Directors and employees, and agents are not bound to support Article I, § X, as a 'State created entity,' in that "No State shall... **make any Thing but gold and silver coin as Legal Tender in Payment** of Debts," and that any such thing as gold and silver coin exists as legal tender in payment of debts.

4. **PROOF OF CLAIM** that of the value (substance) demanded in the DEMAND FOR PAYMENT OF DEBT **is in the nature of** Valuable Consideration called **'money'** and is in compliance with Title 31 UNITED STATES CODE § 371 and 12 UNITED STATES CODE § 152.

5. **PROOF OF CLAIM** that FIDELITY CREDITOR SERVICE inquired or knew that the undersigned had, or has access to 'lawful money of account' to 'pay' the alleged contract debt(s) at law without becoming a tort feasor.(are in violation F.D.C.P.A 15 U.S.C. 1692)

6. **PROOF OF CLAIM** that the undersigned had/has access to 'money' that constitutes **'LAWFUL** (Sufficient) **CONSIDERATION.'**

7. **PROOF OF CLAIM** that FIDELITY CREDITOR SERVICE **DON'T HAVE TO FELLOW elements of a contract.**

8. **PROOF OF CLAIM** that Legal Tender (federal reserve) Notes, or instruments certifying conveyance of Federal Reserve Notes, are good and lawful money of the United States. See Rains v State, 226 S.W. 189. 9. That Federal Reserve Notes, or instruments certifying conveyance of Federal Reserve Notes, are not valueless. See IRS Codes Section 1.1001-1 (4657) C.C.H. (Note; Federal reserve Bank says **"Federal** Reserve Notes **have no value.")**

9. **PROOF OF CLAIM that under title 15 United States code§ 645 (a): whoever makes any statements knowing it to be false, for the purpose of obtaining money, property, or anything of value, shall be punished by a fine of not more than $5,000 under this title or imprisoned for not more than two years , or both. Is not the law.**

10. **PROOF OF CLAIM** that (federal Reserve) Notes, or instruments indicating a conveyance of Federal Reserve Notes, do operate as payment in the absence of an agreement that they shall constitute payment.' See Blachshear Mfg. Co. v Harrell, 12 S.E. 2d 766.
 to the contract/agreement in respect to full disclosure and that said contract contained or contains no elements of fraud by central financial.

12. **PROOF OF FIDELITY CREDITOR SERVICE does not lack PRIVITY and there is a contract entered by FIDELITY CREDITOR SERVIVE and Christopher D Ray or contractual debtor/creditor arrangement**

13. **PROOF OF CLAIM FIDELITY CREDITOR SERVICE did not damage CHRISTOPHER D Ray's credit when it reported the collection Christopher D Ray's credit.**

14. **PROOF OF CLAIM** that FIDELITY CREDITOR SERVICE is NOT PRIVATE FOR PROFIT CORPORATION. What State is Are you CHARTED IN ?

15. **PROOF OF CLAIM** that the U.S. Bankruptcy did not impair the obligations and considerations of contracts through the "Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause,"- June 5, 1933 as it may operate within the State of California

16. **PROOF OF CLAIM** that THE STATE OF California did not adopt in some capacity the Uniform Commercial Code and that all transactions included but not limited to courts are governed under the UCC and/or the Negotiable Instrument Law as designed, to cover commercial paper, [which] is currency. La. Stat. Ann. — R.S., 71 et seq. LSA-C.C, Art. 2139.

17. **PROOF OF CLAIM** that under the Negotiable Instrument Law, 'commercial Paper,' but not limited to Bills of Exchange are not 'money' (currency) in respect to the National Emergency and the Uniform Commercial Code and are not to be accepted to discharge debt.

18. **PROOF OF CLAIM** that FIDELITY CREDITOR SERVICE did not violate title 18 U.S.C. §241 & 242 Whoever, under color of law statute, ordinance, regulation of custom, willfully subject any inhabitant of any state territory or district, to deprivations of any rights privileges or immunity secured or protected by the United States Constitution or laws of the United States shall be fined under this title or imprisoned for not more than years or, both.

19. **PROOF OF CLAIM** that FIDELITY CREDITOR SERVICE did not violate statute of fraud.

20. **PROOF OF CLAIM** that FIDELITY CREDITOR SERVICE HAS FIRST HAND KNOWLEDGE OF THIS MATER AND CAN TESTIFY TO THE FACT UNDER SWARN TESTMONAL AND NOT HERESAY.

21. **PROOF OF CLAIM** that your **DEMAND FOR PAYMENT OF DEBT** does not therefore constitute an attempt by FIDELITY CREDITOR SERVICE at unjust enrichment.

22. **PROOF OF CLAIM** that Title 18 U.S.C. 1341, 1343,1961, & 1962 does not apply to FIDELITY CREDITOR SERVICE.

23. **PROOF OF CLAIM** that undersigned, as the authorized representative of the Debtor does not have the standing or capacity to accept for value the offer/contract/presentment and discharge the same via Bill of Exchange or other appropriate commercial paper for discharge via the remedy provided by Congress — HJR-192 of June 5, 1933.

24. **PROOF OF CLAIM** that CAVALRY don't have file a 1099 1099-oid with the IRS under revenue law (IRS code 7851) or any other IRS forms because this is not a taxable event(tax form to  be fill out the original must be scan in to the IRS.

25. **PROOF OF CLAIM that CORPORATIONS can here, smell, speak, think, feel, touch, and swore, In law, none is credited unless he is sworn. All facts must, when established by witnesses, be under oath or affirmation. Cro. Car. 64; Bouv. 130. Maxims of law.**

**26. PROOF OF CLAIM that FIDELITY CREDITOR SERVICE has my consent to use my Private social security number as not used for any tax payments, tax benefit from my CESTA QUE TRUST ACCOUNT, FIDELITY CREDITOR SERVICE has a TRUE/BILL in Commerce to vouch for this claim in fact!**

General acquiescence, or non-response with FIDELITY CREDITOR SERVICE to provide the above **'Proofs of Claim'** will constitute your agreement and formal acceptance. You will have by your non-response to state a claim upon which relief can be granted otherwise shall operate as general acquiescence relative to this presentment. You will have admitted there is no valid Claim of Action arising via contract and/or compelling the undersigned into an unconscionable contract and that there was no meeting of the minds in respect to the alleged contract.[tax forms ]

You will have formally accepted each and every fact herein as they operate in favor of the undersigned, due to your silence and estoppel is in effect.

You admit to your non-response to bring forth **'Proof of Claim'** in support of a **'clean hands doctrine,' 'full disclosure,' 'good faith dealing,'** and as to the **FAIR DEBT COLLECTIONS PRACTICES ACT,** as it may apply to your presentment in regards to this alleged transaction/contract/ as referenced above.

Therein, presumption will be taken in regards to your refusal, failure, default, and dishonor, admission, and confession of injury and damage and failure to state a claim, that you, FIDELITY CREDITOR SERVICE, HAS MADE A FALSE CLAIM UNDER THIS ACT!  **FALSE CLAIMS ACT CALIFORNIA GOVERNMENT CODE §12650**. F.D.C.P.A. VIOLATION §1692 b(1) §1692 e §1692 e(2) §1692 e(15) §1692 f(1) §1692 g §1692 j. and your registered in California as a business so your activity will be reported to SOS and the ATTORNEY GENERAL asap.

Due to the time sensitive nature of this private matter, under necessity, you are to respond with **'Proof of Claim'** within **10** days, plus three (3) days grace granted by return service by certified-priority-return-mail to the undersigned's address and to the Third Party's address below.
Should you fail or refuse by non-response to provide **'Proof of Claim'** within the time specified in this private matter, general acquiescence and acceptance will be taken on your part as formally exercised (performed) pursuant to your silence.

This agreement shall have the affect of an instrument under seal.

Sincerely,

Without Prejudice
Authorized Representative ,PRIVATE ATTORNEY GENERAL

Christopher-Dee:Ray

For CHRIS RAY . .©, ENS LEGIS

**(christopher Ray)**
**(7610 Granada drive Buena Park California [90621])**

Aug 14,20017

Certified #  7016 2140 0000 0389 6168

FIDELITY CREDITORS SERVICE
P.O.BOX 3963
GLENDALE CALIF.91221-0963

Reference No: 0001352990

**RE: NOTICE OF NO CIVIL DISPUTE**

I am in receipt of your computer generated email unsigned presentment of aug14,2017. (If signed, address letter to the signer).

You are erroneously claiming "Civil Dispute" between us. There is none to my knowledge. There must be a contract between us. Contract Law supersedes all Federal and State Rules, Regulations and Statutes.

If you are the Fiduciary in this matter, I need a copy of the contract between us to continue further communication. I do not give permission or consent by assent for you to enter as a **third party** to this **alleged civil dispute,** nor to issue letters of threat to my private property or person, including you reporting to various credit reporting entities.

My house is private, my telephone and e-mail are private. My person is private and for private use by myself and by those with whom I may contract. If you are attempting to enter this **alleged civil dispute** without contract or my permission, you are in **trespass.** *(Erie Railroad Co v Tompkins 304 US 64(1938)).* I am not a corporation.

Produce a Contract, Delegation of Authority, Regulatory Authority or **cease and desist.** Unless you are a Secured Party, Holder-in-Due Course, Creditor, Debtor or Signer on the Original Contract, you are a **third party.** You are a liability and no assistance. Take Notice: You are lawfully and legally dismissed. I will not discuss my Private Affairs with an **"Unqualified" Third Party.[Under the fair credit reporting act 15 U.S.S.§1681g I Have the right to demand that you disclose to me all the documents that you have recorded and retained in your file at the time of this request concerning the account that you are reporting in my credit report. Please don't to my request by saying that these account have been verified.Send me copies of the documents that you have in your file that were used to verify them.]**

In your next correspondence, please forward the instrument that establishes my obligation to perform as you request, plus your ID and Delegation of Authority (to wit: UCC3-501(b)(2)) otherwise you will be accepting my offer to provide pen pal services at $1,000.00 per correspondence. If you accept my offer to provide this service, simply send any correspondence **other** than what I have requested.

Without Prejudice, All Rights Reserved